United States District Court
Middle District of Florida
Jacksonville Division

DEMETRIUS K. CARTER,

    *Plaintiff,*

v.                                  **NO. 3:26-cv-578-JEP-PDB**

ALLSTATE INSURANCE CORPORATION,

    *Defendant.*

---

## Order

The plaintiff sues his former employer for alleged violations of state and federal law. Doc. 7. This order addresses service of process, a required disclosure statement, and a pending motion.

### 1.

By **May 26, 2026**, the plaintiff must take three actions. First, he must complete the two required forms for service of process: (1) a summons in a civil action form (AO 440) and (2) a process receipt and return form (USM-285). The forms are attached. Second, he must deliver to the clerk's office, by hand or by U.S. Mail (300 North Hogan Street, Room 9-150, Jacksonville, Florida 32202), the completed forms and a copy of the amended complaint. Upon receipt of the papers from the plaintiff, the clerk must issue the summons and forward the papers to the United States Marshal for service of process. Third, he must file a disclosure statement as required by Local Rule 3.03. The required form is in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

To properly effectuate service, the plaintiff must serve the defendant's registered agent. When completing the forms, the plaintiff must direct the United States Marshal to serve the defendant in care of ("c/o") its registered agent. A company's registered agent can usually be determined from Florida's Division of Corporations website, https://dos.fl.gov/sunbiz/search/.

The court sua sponte **extends** the deadline for service of process to allow the United States Marshal sufficient time to serve the defendant. The United States Marshal must serve the completed summons with a copy of the amended complaint and this order on the defendant by **July 7, 2026**.

If the plaintiff fails to timely comply with this order, the action may be dismissed, which would operate as a dismissal with prejudice if the statute of limitations has run on his claims.

**2.**

The plaintiff's motion for exemption from fees associated with the Public Access to Court Electronic Records (PACER) system, Doc. 8, is **denied**. The motion violates Local Rule 1.08, which requires certain typefaces and sizes to ensure readability and equal content within page limits. Moreover, the plaintiff provides no authority that would allow this court to "waive" PACER fees, and the court is unaware of any.

Considering the circumstances, the court **directs** the clerk to add to the docket and to send notices of electronic filing to the plaintiff's email address: carter.demetrius@aol.com, *see* Doc. 7 at 1.

The notices of electronic filing will contain a hyperlink that allows the plaintiff to view the document for the first time for free. The hyperlink expires

after the earlier of two events: the first use or 15 days after the notice is emailed. After the hyperlink expires, the plaintiff may view the document by accessing PACER or using a public-access terminal in the clerk's office.

**Ordered** in Jacksonville, Florida, on May 6, 2026.



Patricia D. Barksdale
United States Magistrate Judge

Attachments:
      AO 440 form
      USM-285 form

Copy to:
      Demetrius K. Carter (by U.S. Mail and email)
      55 Deerwood Rd., Unit 37
      Savannah, GA 31410
      carter.demetrius@aol.com